**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 05-cv-00783-LTB-CBS

TMJ IMPLANTS, INC., a Colorado corporation,

  Plaintiff,

v.

AETNA, INC., a Pennsylvania corporation;
CIGNA CORPORATION, a Delaware corporation;
CONNECTICUT GENERAL CORPORATION, a Florida corporation;
CONNECTICUT GENERAL LIFE INSURANCE COMPANY, a Connecticut corporation;
CIGNA DENTAL HEALTH INC., a Florida corporation;
CIGNA HEALTH CORPORATION, a Delaware corporation;
HEALTHSOURCE, INC., a New Hampshire corporation;
CIGNA DENTAL HEALTH OF COLORADO, INC., a Colorado corporation; and
CIGNA HEALTHCARE OF COLORADO, INC., a Colorado corporation,

  Defendants.
_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

  Plaintiff's Motion to File Surreply to Cigna Defendants' Reply in Support of Their Motion for Attorneys' Fees (Doc 68 - filed February 17, 2006) is **DENIED**.

Dated:  February 21, 2006
_____